| | |
|---|---|
| 1 | MICHAEL S, LAWSON (SBN 048172) |
| | City Attorney |
| 2 | JOSEPH E. BRICK (SBN 253132) |
| | Deputy City Attorney |
| 3 | CITY OF HAYWARD |
| | 777 B Street, 4th Floor |
| 4 | Hayward, CA 94541-5007 |
| | Tel: (510) 583-4450 |
| 5 | Fax: (510) 583-3660 |
| | Michael.Lawson@Hayward-ca.gov  Joseph.Brick@Hayward-ca.gov |
| 6 | |
| | Attorneys for Defendants |
| 7 | CITY OF HAYWARD, D. URBAN, R. GONZALES, & D. BEYER |

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANDRA OLIVEIRA, | CASE NO.: C13-1664 MEJ ADR |
| Plaintiff, | *[Assigned for All Purposes to Hon. Maria-Elena James, Courtroom B(15th flr.)]* |
| v. | |
| CITY OF HAYWARD et al, | [PROPOSED] ORDER GRANTING THE DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT (Fed. R. Civ. P. 12(f)) |
| Defendants. | |
| | *[Concurrently filed with Motion to Strike and Declaration of Joseph E. Brick]* |
| | HEARING DATE:  July 11, 2013 |
| | TIME:  10:00 am |
| | DEPT:  United States District Court, S.F. Division Courtroom B, 15th flr. |
| | COMPLAINT FILED:  April 11, 2013 |
| | TRIAL DATE:  None Set. |

THE COURT, having reviewed and considered the Complaint, moving and opposing papers, and the argument of counsel, hereby rules on the Motion to Strike submitted by Defendants CITY OF HAYWARD and DIANE URBAN as follows:

---

Oliveira v. City of Hayward
Case No. C13-1664 MEJ ADR

[Proposed] Order on City's Motion to Strike

1. The allegations asserted against DIANE URBAN in the Complaint are hereby struck;

2. DIANE URBAN is hereby dismissed from this action with prejudice;

3. To the extent that the allegations contained in the Complaint, and in the Prayer at ¶ 3 seek punitive damages as against the CITY and URBAN, they are hereby struck as against the moving defendants.

**THE COURT FURTHER ORDERS:**

Dated: June 4, 2013

Honorable Maria-Elena James
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA