1   MICHAEL S, LAWSON (SBN 048172)
    City Attorney
2   JOSEPH E. BRICK (SBN 253132)
    Assistant City Attorney
3   CITY OF HAYWARD
    777 B Street, 4th Floor
4   Hayward, CA 94541-5007
    Tel: (510) 583-4450
5   Fax: (510) 583-3660
    Michael.Lawson@Hayward-ca.gov   Joseph.Brick@Hayward-ca.gov
6
    Attorneys for Defendants
7   CITY OF HAYWARD, D. URBAN, R. GONZALES, JESS PERRYMAN & D. BEYER

**GRANTED**

Judge Maria-Elena James

Dated: 4/8/2014

8              UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10

11  SANDRA OLIVEIRA,                        CASE NO.: C13-1664 MEJ ADR

12              Plaintiff,                   *[Assigned for All Purposes to
                                             Hon. Maria-Elena James, Courtroom B(15th
13  v.                                       flr.)]*

14  CITY OF HAYWARD et al,

15              Defendants.                  **STIPULATION OF DISMISSAL**

16                                           COMPLAINT FILED:   April 11, 2013
                                             TRIAL DATE:        October 20, 2014.
17

18  _____

19       **IT IS HEREBY STIPULATED** by and between the parties to this action through their

20  respective counsel of record that the above captioned action be and hereby is dismissed with

21  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

22

23  DATED: 3/7/14          _____

24                          Plaintiff Sandra Oliveira

25

26  DATED: 3/7/14          _____

27                          Adante Pointer, Esq.
                            Law Offices of John Burris
28                          Attorneys for Plaintiff Sandra Oliveira

_____
Oliveira v. City of Hayward                                 Stipulation of Dismissal
Case No. C13-1664 MEJ ADR
                                    -1-

1  DATED: _March 11, 2014_            MICHAEL S. LAWSON, City Attorney

2

3                                By: _____

4                                     Joseph E. Brick, Assistant City Attorney
                                      Attorneys for City of Hayward, et al.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Oliveira v. City of Hayward                                   Stipulation of Dismissal
Case No. C13-1664 MEJ ADR
                                     -2-